FILED
NOV 15 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CR. NO. 3:05CR262-A |
| ) | [18 USC 922(g)(5)(A)] |
| GEREMIAS SANDOVAL, ) | |
| MISSEAL FLORES XOCHICALE, and ) | |
| GUALTERIO GUZMAN XOCHICALE ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 15th day of June, 2005, in Tallapoosa County, Alabama, within the Middle District of Alabama, the defendants,

GEREMIAS SANDOVAL,
MISSEAL FLORES XOCHICALE, and
GUALTERIO GUZMAN XOCHICALE,

being aliens, illegally and unlawfully in the United States, did possess in and affecting commerce, a firearm, that is a Marlin, Model 60W, .22 caliber rifle, serial number 06179249, and ammunition which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5)(A).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney