AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

GEREMIAS SANDOVAL
2759 Lot 9 Dadeville Road
Alexander City, AL 35010

**WARRANT FOR ARREST**

Case Number: 3:05cr262-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __GEREMIAS SANDOVAL__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Illegal alien in possession of a firearm in and affecting commerce (1 count)

in violation of Title __18__ United States Code, Section(s) __922(g)(5)(A)__

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

Signature of Issuing Officer

November 16, 2005 - Montgomery, AL
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |