**COURTROOM DEPUTY MINUTES**     **DATE:** 12/2/05
**MIDDLE DISTRICT OF ALABAMA**

                                                         **DIGITAL RECORDING:** 2:20 P.M. to 2:29 P.M

- [✓] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE **CHARLES S. COODY**       DEPUTY CLERK: **WANDA STINSON**
CASE NO. **3:05CR262-A-CSC**       DEFT. NAME: **GEREMIS SANDOVAL**
USA: **SUSAN REDMOND**       ATTY: **MICHAEL PETESEN**
                                                            Type Counsel:  ( ) Retained;  ( ) Panel CJA;  ( ) Waived;  (✓) CDO ;
USPTSO/USPO: **TAMARA MARTIN**
Defendant ___✓___ does ___ does NOT need an interpreter;
Interpreter present ___ NO ___✓___ YES       NAME **DENNIS HALE**

✓ Kars.       Date of Arrest **12/1/05**       or     [ ] karsr40
✓ kia.       Deft. First Appearance. Advised of rights/charges.   [ ] Pro/Sup Rel Violator
✓ kcnsl.       Deft. First Appearance with Counsel
✓            Requests appointed Counsel   ✓ **ORAL MOTION for Appointment of Counsel**
✓ Finaff.    Financial Affidavit executed   [ ] to be obtained by PTSO
[ ] koappted   **ORAL ORDER** appointing Community Defender Organization   -   **Notice to be filed.**
✓ 20appt.    Panel Attorney Appointed; ✓ to be appointed - prepare voucher
[ ]            Deft. Advises he will retain counsel.  Has retained _____
[ ]            Government's **ORAL** (kgoralm.) Motion for Detention Hrg.   [ ] To be followed by written motion;
✓            Government's **WRITTEN** Motion for Detention Hrg. filed.
✓            **DETENTION HRG** [ ] held;  ✓ set for **12/13/05 @ 9:00 A.M.** ;  [ ] Prelim. Hrg  [ ] Set for _____
[ ] kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
[ ] kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
[ ] kocondrls.  Release order entered.   [ ] Deft. advised of conditions of release.
[ ] kbnd.    [ ] **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
            [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
✓ Loc.(LC)   Bond **NOT** executed.  Deft to remain in Marshal's custody
[ ] ko.      Deft. **ORDERED REMOVED** to originating district
[ ] kwvprl.  Waiver of [ ] Preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
[ ]            Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
[ ] Karr.    ARRAIGNMENT SET FOR: _____   [ ] HELD. Plea of **NOT GUILTY** entered.
            [ ] Trial Term _____;  [ ] PRETRIAL CONFERENCE DATE: _____
            [ ] DISCOVERY DISCLOSURES DATE: _____
[ ] Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
[ ] krmvhrg.  Identity/Removal Hearing set for _____
[ ] Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**
            * Detainer to be placed by INS. Deft REMANDED to custody pending further proceedings.