| | |
|---|---|
| COURTROOM DEPUTY MINUTES DATE: 2/6/06 | FTR RECORDING: 10:16 - 10:39 |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: JIMMY DICKENS |

❏ ARRAIGNMENT    ✓ CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

---

PRESIDING MAG. JUDGE: *CHARLES S. COODY*    DEPUTY CLERK: *WANDA STINSON*

CASE NUMBER: 3:05CR262-LSC-CSC    DEFENDANT NAME: GERMISA SANDOVAL

AUSA: Tommie Hardwick    DEFENDANT ATTY: DONNIE BETHEL

USPO: Terrance Marshall    Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (✓) CDO

Defendant ✓ does ___ does NOT need and interpreter. Interpreter Name: BEVERLY CHILDRESS

---

❏ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **FELONY INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ❏ Not Guilty    ❏ Nol Contendere    ❏ Not Guilty by reason of insanity

✓ Guilty as to: ✓ Count(s) **1** of the **Indictment**

❏ Count(s) _____ ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏ No Plea Agreement entered. ✓ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

✓ **ORAL ORDER** Adjudicating defendant guilty.

❏ **ORDER:** Defendant Continued under ❏ same Conditions/Bond imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____; ❏ Sentencing on _____; ❏ To be set by Separate Order

✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or ✓ Sentencing on _____ ✓ set by separate Order.